# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

KARY WATSON,

        Defendant.

CASE NO: 2:17-CR-0124-JAD-GWF

**ORDER**

IT IS HEREBY ORDERED that that the United States Department of Parole and Probation will prepare a Pre-Plea Presentence Report on Defendant KARY WATSON.

DATED this __9th__ day of _____ May __, 2017.

_____
U.S. MAGISTRATE JUDGE