GREGORY & WALDO, LLC.
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 294-0231
jmw@gregoryandwaldo.com
Attorney for Defendant
KARY WATSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff,<br><br>vs.<br><br>KARY WATSON,<br><br>   Defendants. | CASE NO: 2:17-CR-124- JAD-GWF<br><br>**<u>STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING – FIRST REQUEST</u>** |

  IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS TRUTANICH, ESQ., United States Attorney and ROBERT A. KNIEF, ESQ., Assistant United States Attorney and JENNIFER M. WALDO, ESQ., counsel for KARY WATSON that the Sentencing hearing set for June 10, 2019 be continued to a date and time convenient to this court, but no earlier than 30 days.

  This stipulation is entered into for the following reasons:

1.  That counsel was just recently appointed to represent the Defendant, Kary Watson, on or about April 15, 2019;

2.  That counsel has received the file from prior counsel but requires additional time to review the entirety of the case file and meet with Mr. Watson to discuss pending legal issues;

3.  That counsel requires additional time to prepare for sentencing in this case;

4. That Mr. Watson is currently in custody and does not object to the continuance;

5. That the additional time requested is for the purposes stated above and not sought for the purposes of delay;

6. That denial of this request for continuance could result in a miscarriage of justice; and

7. That this is the first request to continue the Sentencing hearing in this matter.

DATED this 30th day of April, 2019.

/s/ Jennifer M. Waldo                                   /s/ Robert A. Knief

JENNIFER M. WALDO, ESQ.                 ROBERT A. KNIEF, ESQ.
Counsel for Defendant                              Assistant United States Attorney

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>vs.<br><br>KARY WATSON,<br><br>        Defendants. | CASE NO: 2:17-CR-124- JAD-GWF<br><br>**STIPULATION AND ORDER TO**<br>**CONTINUE SENTENCING HEARING –**<br>**FIRST REQUEST** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That counsel was just recently appointed to represent the Defendant, Kary Watson, on or about April 15, 2019;

2. That counsel has received the file from prior counsel but requires additional time to review the entirety of the case file and meet with Mr. Watson to discuss pending legal issues;

3. That counsel requires additional time to prepare for sentencing in this case;

4. That Mr. Watson is currently in custody and does not object to the continuance;

### CONCLUSIONS OF LAW

1. That the additional time requested is for the purposes stated above and not sought for the purposes of delay;

2. That denial of this request for continuance could result in a miscarriage of justice; and

3. That this is the first request to continue the Sentencing hearing in this matter.

## **ORDER**

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for June 10, 2019 be vacated and continued to July 23, 2019, at the hour of 10:30 a.m.

DATED this 1st day of May, 2019.

_____
UNITED STATES DISTRICT JUDGE