UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00124-JAD-GWF |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| KARY WATSON | |
| Defendants. | |

This matter is before the Court on the Defendant Kary Watson's Motion to Remove Keep Separate Order (ECF No. 336), filed June 24, 2019. To date, no response has been filed and the time to do so has now passed. LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." Accordingly,

**IT IS HEREBY ORDERED** that Defendant Kary Watson's Motion to Remove Keep Separate Order (ECF No. 336) is **granted**.

Dated this 11th day of July, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE