GREGORY & WALDO, LLC.
JENNIFER M. WALDO, ESQ.
Nevada Bar No. 11900
324 S. 3rd Street, Suite 1
Las Vegas, Nevada 89101
Telephone: (702) 830-7925
Facsimile: (702) 294-0231
jmw@gregoryandwaldo.com
Attorney for Defendant
KARY WATSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>vs.<br><br>KARY WATSON,<br><br>    Defendants. | CASE NO: 2:17-CR-124- JAD-GWF<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING – SECOND REQUEST** |

    IT IS HEREBY STIPULATED AND AGREED, by and between NICHOLAS TRUTANICH, ESQ., United States Attorney and ROBERT A. KNIEF, ESQ., Assistant United States Attorney and JENNIFER M. WALDO, ESQ., counsel for KARY WATSON that the Sentencing hearing set for July 23, 2019 be continued to a date and time convenient to this court, but no earlier than 30 days.

    This stipulation is entered into for the following reasons:

1. That counsel requires additional time to review documents and prepare for sentencing in this case;

2. That Mr. Watson is currently in custody and does not object to the continuance;

3. That the additional time requested is for the purposes stated above and not sought for the purposes of delay;

1

4. That denial of this request for continuance could result in a miscarriage of justice; and

5. That this is the second request to continue the Sentencing hearing in this matter.

DATED this 15th day of July, 2019.

| | |
|---|---|
| /s/ Jennifer M. Waldo | /s/ Robert A. Knief |
| JENNIFER M. WALDO, ESQ.<br>Counsel for Defendant | ROBERT A. KNIEF, ESQ.<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>KARY WATSON,<br>Defendants. | CASE NO: 2:17-CR-124- JAD-GWF<br>**ORDER TO CONTINUE SENTENCING HEARING – SECOND REQUEST** |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. That counsel requires additional time to review documents and prepare for sentencing in this case;

2. That Mr. Watson is currently in custody and does not object to the continuance;

### CONCLUSIONS OF LAW

1. That the additional time requested is for the purposes stated above and not sought for the purposes of delay;

2. That denial of this request for continuance could result in a miscarriage of justice; and

3. That this is the second request to continue the Sentencing hearing in this matter.

## ORDER

IT IS THEREFORE ORDERED that the Sentencing Hearing currently scheduled for July 23, 2019 be vacated and continued to September 4, 2019, at the hour of 10:00 a.m.

DATED this 17th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE