```
                IN THE UNITED STATES DISTRICT COURT

                    FOR THE DISTRICT OF NEVADA
```

UNITED STATES OF AMERICA,    )
                             ) Case No. 2:17-cr-00124-JAD-EJY
            Plaintiff,       )
                             )     ORDER TEMPORARILY
vs.                          ) UNSEALING AUDIO RECORDING
                             )
KARY WATSON (2),             )
                             )
            Defendant.       )
_____)

    Telia U. Williams, Esq., requested Mr. Watson's Motion Hearing transcript for proceedings held on July 30, 2019. This proceeding, held at Docket No. 355, contains a sealed portion. The transcript is to be prepared by Amber McClane, Transcriber.

    **IT IS THE ORDER OF THE COURT** that the sealed audio recording shall be unsealed for the limited purpose of preparing the transcript by Amber McClane and providing a copy of the transcript to Telia U. Williams, Esq., as requested.

    **IT IS FURTHER ORDERED** that the audio recording shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28 U.S.C. § 753(b) and remain sealed until further order of this Court.

    **IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 16th day of August, 2019.

```
                     _____
                           JENNIFER A. DORSEY
                     United States District Court Judge
```