1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Robert Knief
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  Tel.: (702) 388-6336
   Robert.Knief@usdoj.gov
5  *Attorneys for the Plaintiff*

6  LAW OFFICE OF TELIA U. WILLIAMS
   Telia U. Williams, Esq.
7  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
8  Tel.: (702) 835-6866
   telia@telialaw.com
9  *Attorney for the Defendant,
   Kary Watson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00124-JAD-EJY |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | (FIRST REQUEST) |
| KARY WATSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Kary Watson, and Robert Knief, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for September 4, 2019 at 10:00am, be vacated and reset to a time no sooner that 60 days from September 4, 2019.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant, Kary Watson, is newly appointed to the case, as of July 31, 2019.

2. Though defense counsel has already met with Mr. Watson where he is currently

incarcerated at the Southern Nevada Detention Center, in order to prepare for sentencing, Mr. Watson's counsel has adjudged that additional time is needed in order to adequately prepare for potentially complex legal issues that she will need to present at his sentencing hearing, and/or to request other relief of the court.

3. Counsel for the Government has no objection to this continuance.
4. The defendant is in custody, but does not object to a continuance.
5. Denial of this request for continuance could result in a miscarriage of justice.
6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.
7. This is the first request for a continuance.

DATED: August 27, 2019

| | |
|---|---|
| LAW OFFICE OF TELIA U. WILLIAMS | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
| By: /s/ Telia U. Williams | By: /s/ Robert Knief |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com<br><br>*Attorney for Defendant,*<br>*Kary Watson* | Robert Knief, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336<br><br>*Attorney for Plaintiff* |

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Robert Knief
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  Tel.: (702) 388-6336
   Robert.Knief@usdoj.gov
5  *Attorney for the Plaintiff*

6  LAW OFFICE OF TELIA U. WILLIAMS
   Telia U. Williams, Esq.
7  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
8  Tel.: (702) 835-6866
   telia@telialaw.com
9  *Attorney for the Defendant,*
   *Kary Watson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00124-JAD-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| KARY WATSON, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Kary Watson, is entered into for the following reasons:

1. Counsel for the defendant, Kary Watson, was newly appointed to the case on July 31, 2019.

2. Defense counsel has met with Mr. Watson, and has discovered potentially complex legal issues involving his sentencing for which she requires additional

3

time to prepare, and/or to present a request for other relief by the court.

3. Counsel for the Government has no objection to this continuance.

4. The defendant is in custody but has no objection to this continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

7. This is the first request for a continuance.

## CONCLUSIONS OF LAW

Denial of this request for continuance would deny the defendant, Kary Watson, the opportunity for his counsel to be adequately prepared for potentially complex legal issues to be presented at his sentencing hearing, and/or to prepare to present other request for relief of the court.

As such, denial of this request for continuance could result in a miscarriage of justice.

## ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for September 4, 2019 at 10:00am, be continued to December 2, 2019, at the hour of 9:30 a.m.

DATED this 30th day of August, 2019.

_____
UNITED STATES DISTRICT JUDGE