1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Robert Knief
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  Tel.: (702) 388-6336
   Robert.Knief@usdoj.gov
5  *Attorneys for the Plaintiff*

6  LAW OFFICE OF TELIA U. WILLIAMS
   Telia U. Williams, Esq.
7  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
8  Tel.: (702) 835-6866
   telia@telialaw.com
9  *Attorney for the Defendant,
   Kary Watson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00124-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | (SECOND REQUEST) |
| KARY WATSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Kary Watson, and Robert Knief, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for December 3, 2019 at 10:00am, be vacated and reset to a time no sooner that 60 days from December 3, 2019.

This Stipulation is entered into for the following reasons:

1. The defendant, Kary Watson, has revealed to counsel that he believes his guilty plea was not altogether knowing or voluntarily; and, he has decided that he would like to withdraw his guilty plea. He is therefore, toward this end, in consultation

with counsel, preparing to seek appropriate relief of the court.

2. At the same time, Mr. Watson is seeking to research, understand, and apply sentencing factors that would provide him with more opportunities for a more favorable sentencing by the court, under the circumstances, if his request to withdraw his guilty plea is denied.

3. Counsel for the Government has no objection to this continuance.

4. The defendant is in custody, but does not object to a continuance.

5. Denial of this request for continuance could result in a miscarriage of justice.

6. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

7. This is the second request for a continuance.

DATED: December 2, 2019

LAW OFFICE OF TELIA U. WILLIAMS

By: /s/ Telia U. Williams

Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com

*Attorney for Defendant,*
*Kary Watson*

NICHOLAS A. TRUTANICH
UNITED STATES ATTORNEY

By: /s/ Robert Knief

Robert Knief, Esq.
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89106
Tel.: (702) 388-6336

*Attorney for Plaintiff,*
*United States*

NICHOLAS A. TRUTANICH
United States Attorney
Robert Knief
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Robert.Knief@usdoj.gov
*Attorney for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,
Kary Watson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KARY WATSON,<br><br>Defendant. | Case No. 2:17-cr-00124-JAD-EJY<br><br>**ORDER** |

### FINDINGS OF FACT

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Kary Watson, is entered into for the following reasons:

1. The defendant, Kary Watson, is considering whether or not to seek to withdraw his guilty plea, while he and his counsel are considering additional sentencing factors that may operate in his favor.
2. Counsel for the Government has no objection to this continuance.

3. The defendant is in custody but has no objection to this continuance.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.
6. This is the first request for a continuance.

**CONCLUSIONS OF LAW**

Denial of this request for continuance would deny the defendant, Kary Watson, the opportunity to consider, with his counsel, the issues involving his potential decision to seek to withdraw his guilty plea, and/or to consider additional favorable sentencing factors for his sentencing.

As such, denial of this request for continuance could result in a miscarriage of justice.

**ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for December 3, 2019 at 10:00am, be continued to February 10, 2020, at 10:00 a.m.

DATED this 3rd day of December, 2019.

_____
UNITED STATES DISTRICT JUDGE