NICHOLAS A. TRUTANICH
United States Attorney
Robert Knief
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel.: (702) 388-6336
Robert.Knief@usdoj.gov
*Attorneys for the Plaintiff*

LAW OFFICE OF TELIA U. WILLIAMS
Telia U. Williams, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Tel.: (702) 835-6866
telia@telialaw.com
*Attorney for the Defendant,
Kary Watson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00124-JAD-EJY |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE SENTENCING** |
| vs. | (THIRD REQUEST) |
| KARY WATSON, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between Telia U. Williams, Esq., counsel for the defendant, Kary Watson, and Robert Knief, Esq., Assistant United States Attorney, counsel for the Government, that the Sentencing currently scheduled for February 10, 2020 at 10:00am, be vacated and reset to a time no sooner than 10 days from February 10, 2020.

This Stipulation is entered into for the following reasons:

1. Counsel for the defendant, Kary Watson, has been ill, and is still waiting for materials from the client to help with his sentencing.
2. Counsel for the Government has no objection to this continuance.

3. The defendant is in custody, but does not object to a continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

6. This is the third request for a continuance.

DATED: February 6, 2019

| LAW OFFICE OF TELIA U. WILLIAMS | NICHOLAS A. TRUTANICH<br>UNITED STATES ATTORNEY |
|---|---|
| By: /s/ Telia U. Williams | By: /s/ Robert Knief |
| Telia U. Williams, Esq.<br>10161 Park Run Drive, Suite 150<br>Las Vegas, Nevada 89145<br>Tel.: (702) 835-6866<br>telia@telialaw.com<br><br>*Attorney for Defendant,*<br>*Kary Watson* | Robert Knief, Esq.<br>Assistant United States Attorney<br>501 Las Vegas Boulevard South, Suite 1100<br>Las Vegas, Nevada 89106<br>Tel.: (702) 388-6336<br><br>*Attorney for Plaintiff* |

1  NICHOLAS A. TRUTANICH
   United States Attorney
2  Robert Knief
   Assistant United States Attorney
3  501 Las Vegas Boulevard South, Suite 1100
   Las Vegas, Nevada 89101
4  Tel.: (702) 388-6336
   Robert.Knief@usdoj.gov
5  *Attorney for the Plaintiff*

6  LAW OFFICE OF TELIA U. WILLIAMS
   Telia U. Williams, Esq.
7  10161 Park Run Drive, Suite 150
   Las Vegas, Nevada 89145
8  Tel.: (702) 835-6866
   telia@telialaw.com
9  *Attorney for the Defendant,
   Kary Watson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00124-JAD-EJY |
| Plaintiff, | **ORDER** |
| vs. | |
| KARY WATSON, | |
| Defendant. | |

**FINDINGS OF FACT**

Based on the Stipulation of counsel, and good cause appearing therefore, the court finds that the Stipulation by, between, and among the United States, and defendant Kary Watson, is entered into for the following reasons:

1. Counsel for the defendant, Kary Watson, has been ill, and is still waiting for materials from the client to help with his sentencing.

2. Counsel for the Government has no objection to this continuance.

3. The defendant is in custody but has no objection to this continuance.

4. Denial of this request for continuance could result in a miscarriage of justice.

5. For all the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing hearing.

6. This is the third request for a continuance.

### CONCLUSIONS OF LAW

Denial of this request for continuance would deny the defendant, Kary Watson, the opportunity for his counsel to be adequately prepared for his sentencing hearing.

As such, denial of this request for continuance could result in a miscarriage of justice.

### ORDER

IT IS HEREBY ORDERED that the sentencing currently scheduled for February 10, 2020 at 10:00am, be continued to February 24, 2020, at the hour of 11:00 a.m.

DATED this 7th day of February, 2020.

_____
UNITED STATES DISTRICT JUDGE