UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KARY WATSON,<br><br>　　　　Defendant. | Case No. 2:17-cr-00124-JAD-EJY<br><br>**ORDER**<br><br>ECF No. 511 |

　　Based on the parties' stipulation and good cause appearing, IT IS ORDERED that the sentencing hearing currently scheduled for November 9, 2020 at 2:00 p.m., be vacated and continued to February 8, 2021, at 1:30 p.m.

　　DATED this 4th day of November, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3