# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA,           )  Case No.: 2:17-cr-00124-JAD-EJY-2
                                    )
            Plaintiff(s),           )
                                    )
vs.                                 )
                                    )
EARNEST ROGERS,                     )
KARY WATSON, and                    )
DAMIEN NORRIS                       )
                                    )
            Defendant(s).           )

## SUBSTITUTION OF ATTORNEY

Kary Watson _____ (Plaintiff) (Defendant) hereby substitutes
(Name of Party)

Paola M. Armeni, Esq._____
(New Attorney)

(Address): 3800 Howard Hughes Parkway, Suite 500, Las Vegas, Nevada 89169

(Telephone): (702) 862-8300 _____, as attorney of record in place and

stead of: Damian R. Sheets, Esq._____
(Present Attorney)

DATED: 10-30-20          /s/ Kary Watson
                         (Signature of Party)

I consent to the above substitution.

DATED: November 4, 2020          /s/ Damian Sheets
                                 (Signature of Present Attorney)

. . .

. . .

. . .

1

1  I am duly admitted to practice in this District.
2  Above substitution accepted.
3  DATED: 10/27/20                              _____
4                                                              (Signature of New Attorney)
5
   Please check one: XX  RETAINED, or _____ APPOINTED BY THE COURT
6
7                                               APPROVED:
8
9  DATED: 11/10/2020                           _____
10                                              UNITED STATES DISTRICT JUDGE