# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00124-JAD-EJY |
| Plaintiff, | **ORDER** |
| v. | ECF No. 524 |
| KARY WATSON, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for November 9, 2020 at 2:00 p.m., be vacated and continued to February 22, 2021, at 11:00 a.m.

DATED this 8th day of February, 2021.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3